

**ORDER ON MOTION**

| | |
|---|---|
| ACause Number: | 01-14-00207-CV |
| Trial Court Cause Number: | 2013-45235A |
| Style: | Ellen Lumenta, Individually and as Personal Representative of the Estate of Roy Revelino Nawawi, Deceased |
| | **v** Bell Helicopter Textron, Inc., Bell Helicopter Korea Inc., Bell Helicopter Corporation, Bell Helicopter International Inc., Bell Helicopter International Sales Corporation, Pratt & Whitney and United Technologies Corporation |
| Date motion filed[*]: | April 3, 2015 |
| Type of motion: | Motion for Leave to File Motion to Include in the Record the Deposition of Harold Barrentine and the Record of the Hearing Transcript of December 16, 2013 Hearing |
| Party filing motion: | Appellant |
| Document to be filed: | Motion |

Is appeal accelerated? ☐ YES  ☒ NO

Ordered that motion is:

    ☒   Granted

           If document is to be filed, document due: _____

           ☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

    ☐   Denied

    ☐   Dismissed (*e.g.*, want of jurisdiction, moot)

    ☐   Other: _____

Judge's signature: /s/ Terry Jennings
           ☒ Acting individually    ☐ Acting for the Court

Panel consists of _____

Date: April 14, 2015



COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**